1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO GUTIERREZ,

11          Petitioner,                    No.  2:12-cv-2073 JFM (HC)

12      vs.

13   THE PEOPLE,

14          Respondent.              <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a

18   conviction issued by the Kern County Superior Court.  Kern County is part of the Fresno

19   Division of the United States District Court for the Eastern District of California.  <u>See</u> Local

20   Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4    2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6    United States District Court
     Eastern District of California
7    2500 Tulare Street
     Fresno, CA 93721

8

9  DATED: September 11, 2012.

10

11                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
12

13  /mp
    guti2073.109
14

15

16

17

18

19

20

21

22

23

24

25

26